**Lester Daniel BRYSON; John Frank Bowen, Plaintiffs—Appellants,**

v.

**Robert P. JOHNSTON, State Superior Court Judge; Forrest D. Bridges, State Superior Court Judge, Defendants—Appellees.**

**No. 04–6007.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2004.

Decided: June 29, 2004.

Lester Daniel Bryson and John Frank Bowen, Appellants pro se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants Lester Daniel Bryson and John Frank Bowen appeal the district court's order dismissing their 42 U.S.C. § 1983 (2000) complaint and a subsequent order denying their motion to vacate judgment and motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bryson v. Johnston,* No. CA–03–227–1–MU (W.D.N.C. filed Nov. 7, 2003 & entered Nov. 13, 2003; Feb. 17, 2004). We deny Appellants' motion for appointment of counsel. We further deny Appellants' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*